**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and ENDURANCE AMERICAN INSURANCE COMPANY,<br><br>Plaintiff(s)<br><br>v.<br><br>ZIM INTEGRATED SHIPPING SERVICES LTD., EASTLINK SUPPLY CHAIN MANAGEMENT CO., LTD., and EURO CARGO EXPRESS INC.,<br><br>Defendant(s) | Civil Action No. 26-cv-7638 |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, Euro Cargo Express Inc., certifies that that there are no corporate parents, affiliates, and/or subsidiaries of said party which are publicly held.

Dated: November 6, 2026
New York, New York

CASEY & BARNETT LLC
*Attorneys for Defendant, Euro Cargo Express Inc.*

By:______________________________
Teresa H. Dooley
305 Broadway, Suite1202
New York, New York 10007
(212) 286-0225

CERTIFICATION OF MAILING

I, Teresa H. Dooley, Esq., am not a party to the action and am an attorney for Casey & Barnett, LLC. On November 6, 2026, I served the within **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** by ECF and E-mail to each of the following persons at the last known address set forth after each name.

TO: Justin M. Heilig
HILL RIVKINS LLP
45 Broadway, Suite 2110
New York, NY 10006
(212) 669-0644
Email: jheilig@hillrivkins.com
*Attorneys for Plaintiff*

Timothy James Nast
Tisdale & Nast Law Offices, LLC
405 Lexington Ave
26th Floor
New York, NY 10174
212-354-0025
Email: tnast@tisdale-law.com
*Attorneys for Defendant, Eastlink Supply Chain Management Co., Ltd.*

______________________________
Teresa H. Dooley, Esq.